SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Trosker James Roberts,**<br>Plaintiff<br>-vs-<br>**Joseph Arpaio,**<br>Defendant(s) | CV-05-1448-PHX-SMM (JI)<br><br>**ORDER** |

Mail from the Court to Plaintiff has been returned undeliverable, and the Clerk of the Court has been unable to find an alternate address (dkt. 5). In the Notice of Assignment issued May 17, 2005 (dkt. 2), Plaintiff was advised that he was in jeopardy of a dismissal if he failed to file a Notice of Change of Address. In the service Order issued March 31, 2006, Plaintiff was further warned that "Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." (Dkt. 3 at 6-7.) The service Order further directed Plaintiff to return completed service packets by April 20, 2006. (Id. at 5.) To date, Plaintiff has not done so.

**IT IS THEREFORE ORDERED** withdrawing the reference to the magistrate judge of this case.

**IT IS FURTHER ORDERED** that the Complaint (dkt. 1) and this case are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of the Court shall enter judgment accordingly.

DATED this 12th day of May, 2006.

Stephen M. McNamee
United States District Judge